IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONIPHANE DURANE,           )
                               )
       Petitioner,         )
                               )
     v.                  )       3:26cv902
                               )       **Electronic Filing**
LEONARD ODDO,             )
                               )
       Respondent.      )

## <u>MEMORANDUM ORDER</u>

AND NOW, this 20th day of May, 2026, upon due consideration of petitioner's motion for a temporary restraining order, IT IS ORDERED that [2] the motion be, and the same hereby is, denied.

A case management order has been entered setting this case on track for an expedited resolution. To the extent petitioner seeks relief beyond the expedited schedule, petitioner has failed to satisfy the procedural and substantive requirements for an *ex parte* order under Rule 65, and the court lacks jurisdiction to enjoin the Department of Homeland Security from transferring petitioner under 8 U.S.C. § 1252(a)(2)(B)(ii) in any event. <u>See</u> <u>Calla-Collado v. Attorney General of U.S.</u>, 663 F.3d 680, 685 (3d Cir. 2011) ("Congress has vested the Department of Homeland Security ("DHS") with authority to enforce the nation's immigration laws. Thus, as a part of DHS, ICE 'necessarily has the authority to determine the location of detention of an alien in deportation proceedings . . . and therefore, to transfer aliens from one detention center to another.'") (quoting <u>Gandarillas-Zambrana v. Bd. Of Immigration Appeals</u>, 44 F.3d 1251, 1256 (4th Cir. 1995)).

IT FURTHER IS ORDERED that [2] petitioner's motion for expedited processing is granted to the extent it seeks expedited consideration of the petition in a manner consistent with the Case Management Order entered in this case and denied in all other aspects.

<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge


cc:    MONIPHANE DURANE
       A249 27 369
       MOSHANNON VALLEY PROCESSING CENTER
       555 GEO DRIVE
       PHILIPSBURG, PA 16866

       (*Via First Class Mail*)

2